UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JENNIFER TORRES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN COLLECTION SERVICES, INC.,<br><br>Defendant. | Case No.: 17-cv-1179<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Lynn Adelman |

Plaintiff Jennifer Torres, by counsel, Ademi & O'Reilly, LLP, and Defendant Franklin Collection Service, Inc., by counsel, Hinshaw & Culbertson, LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Franklin Collection Service, Inc. are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 20th day of March 2018.

| | |
|---|---|
| ADEMI & O'REILLY, LLP | HINSHAW & CULBERTSON, LLP |
| /s/ Mark A. Eldridge<br>Shpetim Ademi (SBN 1021729)<br>John D. Blythin (SBN 1046105)<br>Mark A. Eldridge (SBN 1089944)<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Tel: (414) 482-8000<br>Fax: (414) 482-8001<br>E-mail: meldridge@ademilaw.com<br>*Attorneys for Plaintiff* | /s/ Alyssa A. Johnson<br>Alyssa A. Johnson<br>100 E. Wisconsin Avenue, Suite 2600<br>Milwaukee, WI 53202<br>Tel: (414) 276-6464<br>Fax: (414) 276-9220<br>E-mail: ajohnson@hinshawlaw.com<br>*Attorneys for Defendant* |